No. A-CV-33-79

COURT OF APPEALS OF THE NAVAJO NATION

January 7, 1982

Joe M. YAZZIE, Appellant

vs.

Lois G. YAZZIE, Appellee.

ORDER

Arthur J. Keenan, Esq., Window Rock, Navajo Nation (Arizona) for Appellant and Richard George, Esq., Tuba City, Navajo Nation (Arizona) for Appellee.

The prior order of this court of December 30, 1981 inadvertantly ordered the remand of the matter to the Tuba City District Court. The proper court having venue over the matter is the Window Rock District Court. Therefore it is hereby,

ORDERED that the order or remand dated December 30, 1981 is amended, nunc pro tunc, remanding the matter to the Window Rock District Court.